UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                              Chapter   13

MOHAMMED M. HAQUE,                                                  Case No. 18-44081-nhl

                         Debtor

----------------------------------------------------------------X

## ORDER FOR DOCUMENT PRODUCTION

In regard to the Loss Mitigation application submitted by the Debtor in the above-captioned matter; and upon the request set forth in Debtor's Loss Mitigation status letter filed with this Court on May 5, 2019; and there being due and sufficient cause; it is hereby

**ORDERED**, that in regard to the mortgage loan, account number ending in 4181, that is the subject of this Loss Mitigation proceeding, the following documents be provided to Debtor's counsel by **July 1, 2019** by electronic copy at phill@mahonylaw.com or by having hard copies delivered to his office at Phillip Mahony, Esq. / Steinway Law Offices / 21-83 Steinway Street, Astoria, NY 11105. The documents to be provided are:

- Complete copies of investor and servicer guidelines.
- Waiver letters from both investor and servicer
- A list of exceptions made to investor and servicer modification restrictions since the guidelines came into effect, with explanations as to why the exceptions cannot be applied to the Debtor, or, in the alternative, a sworn statement by general counsel for both the servicer and investor that no exceptions have been made since the guidelines came into effect.



Dated: June 17, 2019　　　　　　　　　　　　　　　　Nancy Hershey Lord
      Brooklyn, New York　　　　　　　　　　　　　　United States Bankruptcy Judge